# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**358**

**CA 12-00270**

PRESENT: SMITH, J.P., PERADOTTO, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

SAMAN SAFADJOU, PLAINTIFF-RESPONDENT,

V                                                              MEMORANDUM AND ORDER

AZINE MOHAMMADI, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)

---

THOMAS N. MARTIN, ROCHESTER, FOR DEFENDANT-APPELLANT.

MAUREEN A. PINEAU, ROCHESTER, FOR PLAINTIFF-RESPONDENT.

-------------------------------------------------------------------------------------------

　　　　Appeal from a corrected order of the Supreme Court, Monroe County (Richard A. Dollinger, A.J.), entered January 6, 2011. The corrected order denied the motion of defendant to dismiss the complaint.

　　　　It is hereby ORDERED that said appeal is unanimously dismissed without costs.

　　　　Same Memorandum as in *Safadjou v Mohammadi* ([appeal No. 3] ___ AD3d ___ [Apr. 26, 2013]).

Entered:  April 26, 2013                                        Frances E. Cafarell
                                                               Clerk of the Court